*Frank J. Rinaldi* for appellant.

*Samuel Wechsler* and *Gandolfo A. Sellaro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PHILIP FLEISHER, Respondent, *v.* THE PHŒNIX INSURANCE COMPANY, Appellant.

*Insurance (theft) — action to recover on policy insuring plaintiff against theft of automobile — defense that plaintiff or his agent authorized delivery of automobile to thief.*

*Fleisher* v. *Phœnix Ins. Co.,* 215 App. Div. 779, affirmed.

(Argued April 7, 1926; decided May 4, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of insurance for loss by theft of plaintiff's automobile. The defense was that plaintiff or his agent authorized the thief to remove the automobile from the garage and that plaintiff failed to file proof of loss within sixty days.

*Stanley Garten* for appellant.

*Quinto J. Porcella* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Not voting: ANDREWS, J.

---

MARION L. ROBINSON, as Administratrix of the Estate of GEORGE ROBINSON, Deceased, Respondent, *v.* ROBINS DRY DOCK AND REPAIR COMPANY, Appellant, Impleaded with Another.

*Appeal — order of Appellate Division affirming, by divided court, judgment entered upon verdict not appealable to Court of Appeals.*

*Robinson* v. *Robins Dry Dock & Repair Co.,* 215 App. Div. 776, appeal dismissed.

(Argued May 6, 1926; decided May 11, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered